**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

| | | | |
|---|---|---|---|
| In re: | THE ONE BRIDAL, LLC | ) | Case No. 23-20605-DLS11 |
| | Debtor and Debtor-in-Possession | ) | Chapter 11 (Voluntary), Subchapter V |

## APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT

**COMES NOW** The One Bridal, LLC, the Debtor and Debtor-in-possession herein (hereinafter the "Debtor") and, pursuant to 11 U.S.C. § 327 and F.R.B.P. Rules 2014, 2016 and 5002, submits this Application for Employment of the law firm W M Law and its members to represent the Debtor in its Subchapter V Chapter 11 bankruptcy proceedings. In support of this Application the Debtor represents the following:

1.      On May 31, 2023, Debtor filed a voluntary Petition for Chapter 11 relief. Pursuant to 11 U.S.C, §§ 1107 and 1108, the Debtor remains as a Debtor-in-Possession.

2.      The Debtor is an LLC with a principal place of business located at: 8801 Penrose Lane, Lenexa, KS  66219.

3.      The Debtor requires the services of legal counsel to represent it during these proceedings and desires to employ Wagoner Bankruptcy Group, P.C. d.b.a. W M Law, as Debtor's counsel. The services to be provided include providing the customary services required in representing a Chapter 11 Debtor-in-Possession, which include: preparation of the bankruptcy forms and schedules, attendance at the initial debtor interview, § 341 meeting and other court hearings, preparation of the Subchapter V Chapter 11 plan, client conferences, filing monthly operating reports, phone calls, emails, dealing with creditors, and resolving confirmation issues.

4.      Attorneys Ryan A. Blay, Jeffrey L. Wagoner, Errin P. Stowell, Ryan M. Graham and Chelsea Williamson and the other attorneys in the law firm of W M Law (hereinafter collectively referred to as "W M Law") are duly licensed and qualified attorneys who are, in the opinion of the Debtor, qualified to act as his counsel, and who have an office located at:  15095 West 116th Street, Olathe, Kansas 66062.

5.      W M Law has experience in matters of this character and are well-qualified to act as attorneys for the Debtor. The Debtor has selected W M Law to be its counsel based of its expertise and knowledge of Bankruptcy procedures.

6.      W M Law is not connected in any manner with the Debtor, other than as Debtor's counsel, or with creditors or any other party in interest in this matter except as follows:

WM Law was previously engaged to represent Russ Jones for a Chapter 7 bankruptcy filing.  Russ Jones is the spouse of Ashley Jones, the sole member of the LLC.  Mr. Jones is a co-debtor listed on a number of the Debtor's obligations.  Mr. Jones never paid any fees to WM Law for filing a Chapter 7 bankruptcy petition.  However, a bankruptcy petition was prepared.  In order to ensure complete loyalty

to the Debtor, WM Law has disengaged its services with Mr. Jones and has sent him a letter via e-mail to that effect, which Mr. Jones has acknowledged. Because of this action and transparency, the firm and its members are disinterested parties as defined in 11 U.S.C. § 101(14), representing no interest adverse to the Debtor or the Debtor's estate on the matters upon which they are to be engaged and their employment would be in the best interest of the bankruptcy estate.

7. W M Law has examined their client records and business records and have made a personal inquiry of the Debtor. They have determined that the attorneys and all the members of the firm do not hold or represent an interest adverse to the estate. As discussed above in Paragraph 6, WM Law no longer represents someone who may have an adverse interest to the Debtor (Mr. Jones).

8. W M Law understands the continuing duty to disclose any adverse interest and change in disinterestedness.

9. W M Law understands that the court's approval of the application is not approval of any proposed terms of compensation and that under 11 U.S.C. § 328(a), the court may allow compensation on terms different from those proposed.

10. W M Law has agreed to act as attorneys for the Debtor at hourly fees commensurate with their experience and the nature and complexity of this Case. The current hourly rates for the primary attorneys and paralegals who it is anticipated will work on this Case are as follows:

| | |
|---|---|
| Attorney, Ryan A. Blay | $300.00 |
| Attorney, Jeffrey L. Wagoner | $300.00 |
| Attorney, Errin P. Stowell | $300.00 |
| Attorney, Ryan M. Graham | $300.00 |
| Attorney, Chelsea Williamson | $300.00 |
| Paralegal, Douglas Sisson | $125.00 |
| Paralegal, Ana Van Noy | $125.00 |
| Paralegal, Betsy Hayman | $125.00 |

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses related to and incurred during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

11. For entry in this Case, the W M Law has received from a retainer in the amount of $7,000.00, from the Debtor. The source of funds used for the retainer and filing fee were the Debtor's own funds. W M Law has not received any compensation for this Case to date other than the amount stated in this paragraph. Compensation for services rendered during the present Chapter 11 Case will be made in accordance with this application. WM Law has earned a portion of those funds and used $1,738 of those funds to pay the Chapter 11 Filing Fee. The remaining balance is in trust, subject to court approval of fees.

12. W M Law affirms that compensation for the services rendered in this proceeding shall be subject

to the approval of the Court upon application by the attorneys for the Debtor.

13.     W M Law's post-Petition filing fees will not be paid unless: (a) Debtor has timely filed with the UST all required operating reports; (b) Debtor is current in payment of post-Petition taxes; and (c) Debtors is either current in payment of post-Petition creditors or has the financial capacity to make such payments.

14.     Attorney, Jeffrey L. Wagoner, President of W M Law, on behalf of W M Law and the above-named attorneys has executed and attached an Affidavit of Disinterestedness attesting to the foregoing and in support of this Application.

WHEREFORE, the Debtor respectfully requests this Court's order approving the employment of Ryan A. Blay, Jeffrey L. Wagoner, and the other attorneys and staff in the firm of W M Law, on the basis set forth above and for such other further relief as the Court deems equitable and proper.

Dated: June 1, 2023                Respectfully submitted,
                                    WM Law

                                    s/ Ryan A. Blay
                                    Ryan A. Blay, MO #KS001066; KS #28110
                                    15095 W. 116th St.
                                    Olathe, KS 66062
                                    Phone (913) 422-0909 / Fax (913) 428-8549
                                    blay@wagonergroup.com
                                    ATTORNEYS FOR DEBTOR

**NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING
ON APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR
AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT**

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above Application for Employment of Attorneys for Debtor, with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **6/22/2023,** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 144, Kansas City, Kansas 66101, **July 13, 2023 at 1:46 pm.** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on Thursday, June 01, 2023 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

Office of the United States Trustee via ECF Notice.

[See attached mailing matrix]

                                    s/ Ryan A. Blay
                                    Counsel for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 23-20605<br>District of Kansas<br>Kansas City<br>Thu Jun  1 10:18:57 CDT 2023 | The One Bridal, LLC<br>8801 Penrose Lane<br>Lenexa, KS 66219-8196 | Accion Opportunity Fund<br>111 W St John St # 800<br>San Jose CA 95113-1121 |
| American Express<br>Customer Service<br>PO Box 981535<br>El Paso TX 79998-1535 | Ashley Jones<br>12156 S. Clinton St.<br>Olathe KS 66061-5684 | Capital One<br>PO Box 31293<br>Salt Lake City UT 84131-0293 |
| Cottonwood Management<br>Bank of America Center<br>Bank of America Center<br>Los Angeles CA 90071 | DEDRA PLATT<br>DIRECTOR OF TAXATION<br>PO BOX 12005<br>Topeka KS 66612 | (p)FUNDBOX  INC<br>300 MONTGOMERY ST<br>SUITE 900<br>SAN FRANCISCO CA 94104-1921 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | (p)KANSAS DEPARTMENT OF LABOR<br>ATTN LEGAL SERVICES<br>401 SW TOPEKA BLVD<br>TOPEKA KS 66603-3182 | Kalamata Capital Group<br>7315 Wisconsin Ave, #550E<br>Bethesda MD 20814-3306 |
| Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66611-2005 | Lendr<br>670 N Clark St, Suite 200<br>Chicago IL 60654-3736 | Lewis Rice<br>1010 Walnut, Ste. 500<br>attn:  Daniel R. Luppino<br>Kansas City MO 64106-2147 |
| Nolte's Inc.<br>c/o PAPPAS HAYDEN WESTBERG<br>& JACKSON PC<br>7500 W 110TH ST STE 110<br>Overland Park KS 66210-2476 | Russ & Ashley Jones<br>22567 W. 112th Terrace<br>Olathe KS 66061-7142 | Russ Jones<br>22567 W. 112th Terrace<br>Olathe KS 66061-7142 |
| SCRIPPS MEDIA INC<br>DBA KSHB-TV<br>c/o BUTLER AND ASSOCIATES P A<br>5835 SW 29TH ST, SUITE 101<br>Topeka KS 66614-5501 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | Woodbury Corporation<br>2733 E Parleys Way #300,<br>Salt Lake City UT 84109-1661 |
| Ryan A Blay<br>WM Law<br>15095 W 116th St<br>Olathe, KS 66062-1098 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fundbox<br>300 Montgomery St, Ste. 900<br>San Francisco CA 94104 | JPMCB - Card Services<br>301 N Walnut St, Floor 09<br>Wilmington DE 19801-3935 | (d)JPMCB Card<br>PO Box 15369<br>Wilmington DE 19850 |

KANSAS Department of Labor
401 SW Topeka BLVD
Topeka KS 66603

End of Label Matrix
Mailable recipients    21
Bypassed recipients     0
Total                  21