**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 23rd day of June, 2023.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| IN RE: | The One Bridal, LLC | ) | CASE NO. 23-20605-DLS11 |
| | Debtor | ) | CHAPTER 11 (Voluntary), Subchapter V |

### ORDER GRANTING APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT, DOC. #9

On **July 1, 2023,** the above-captioned Debtor and Debtor-in-Possession (hereinafter the "Debtor") filed **Document No. 9,** the Application for Employment of Attorneys for the Debtor and Preliminary Approval of Fee Arrangement (the "Application"). The Court finds that the Application, having been noticed with an opportunity for hearing, with no objection filed and no hearing held, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that the Application is GRANTED hereby ordering that:

1.  WM Law is found to be an unbiased disinterested party as defined under 11 U.S.C. Sec. 101(14), which does not hold any interest adverse to the Debtor or the Debtor's Estate in this Case, and WM Law's employment is to be the best interest of the estate.

2.  WM Law firm is hereby employed as Counsel for the Debtor.

3.  The Attorneys and Paralegals of WM Law named in the Application are approved to perform work on this Case on behalf of the Debtor at a rate of $300.00 per hour for attorneys, and $125.00 per hour for paralegals.

4.  WM Law is permitted to apply for reimbursement of any reasonable and necessary out-of-pocket expenses related to and incurred during the pendency of this proceeding, which are to be disclosed on future interim reports and/or application(s) for compensation.

**IT IS SO ORDERED.**

### ###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergorup.com
ATTORNEY FOR DEBTOR & DEBTOR-IN-POSSESSION

In re:

The One Bridal, LLC

    Debtor

Case No. 23-20605-RDB

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 23, 2023 | Form ID: pdf020 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2023:**

**Recip ID      Recipient Name and Address**
db      +   The One Bridal, LLC, 8801 Penrose Lane, Lenexa, KS 66219-8196

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2023            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2023 at the address(es) listed below:**

**Name          Email Address**

Austin B Hayden
     on behalf of Creditor Nolte's Inc. ahayden@phwjlaw.com, gpappas@cmplaw.net

George Matthew Barberich, Jr
     mbarberich@brileyfin.com

John Nemecek
     on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov

Michael P. Gaughan
     on behalf of Creditor The District at City Center LLC c/o Michael P Gaughan mgaughan@lewisricekc.com, vlbates@lewisricekc.com

Ryan A Blay
     on behalf of Debtor The One Bridal LLC blay@wagonergroup.com, bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

U.S. Trustee

District/off: 1083-2

Date Rcvd: Jun 23, 2023

User: admin

Form ID: pdf020

Page 2 of 2

Total Noticed: 1

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 6