# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re: The One Bridal, LLC        Case No. 23-20605

                                              Chapter 11

        Debtor.

_____

## Notice of Continuance of the Meeting of Creditors
_____

On June 30, 2023, the United States Trustee called the meeting of creditors. As announced at the meeting, the United States Trustee has continued the meeting telephonically to:

> July 14, 2023, at 2:00 P.M.
>
> Please call **1-877-414-6412** and use passcode **6663816**

                              ILENE J. LASHINSKY,
                              UNITED STATES TRUSTEE

                              By: _John Nemecek_,
                              Trial Attorney
                              Admitted in Michigan, P71371
                              Appearing under 28 U.S.C. § 515(a)
                              301 N. Main St., Suite 1150
                              Wichita, KS 67202
                              316-269-6216(phone)
                              John.Nemecek@usdoj.gov

1

**Certificate of Service**

I certify that on June 30, 2023, a true and correct copy of this Notice was electronically filed with the Court using the CM/ECF system, which sent notice to all parties of interest participating in the CM/ECF system.

Further, I certify that copies of this Notice were forwarded via U.S. Mail, first class, postage prepaid, and properly addressed to the following:

The One Bridal, LLC
8801 Penrose Lane
Lenexa, KS 66219

*s/John Nemecek*
John Nemecek