# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re:　　THE ONE BRIDAL, LLC　　　　)　Case No. 23-20605-RDB
　　　　　Debtor and Debtor-in-Possession　)　Chapter 11 (Voluntary), Subchapter V

## CREDITOR BALLOT SUMMARY ON DEBTOR'S SMALL BUSINESS PLAN OF REORGANIZATION FOR DEBTOR THE ONE BRIDAL, LLC (DOC. NO. 35)

| Creditor Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If filed) | Balloted? (Yes, No, or N/a) | Party's Vote (Accept/Reject / No Vote) |
|---|---|---|---|---|
| 1 | Kalamata Capital Group LLC<br>80 Broad St Suite 1201<br>Suite 101<br>New York, NY 10004<br>brandon.laks@kalamatacapitalgroup.com<br><br>Claimed amount: $91,890.00 (secured) | 1-1 | Yes | **No Vote** |
| 2 | SCRIPPS MEDIA INC<br>DBA KSHB-TV<br>C/O BUTLER AND ASSOCIATES P A<br>5835 SW 29TH ST STE<br>TOPEKA KS 66614-5501<br>bkcy@balaw.com<br><br>Claimed amount: $20,438.17 | 2-1 | Yes | **No Vote** |
| 2 | CAPITAL ONE NA<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901<br>POC_AIS@aisinfo.com<br><br>Claimed amount: $76,851.07 | 3-1 | Yes | **No Vote** |
| 2 | Lendr.Online<br>670 N Clark St<br>2nd Floor<br>Chicago, IL 60654<br>acalvillo@lendr.online<br><br>Claimed Amount: $45,084.32 | 4-1 | Yes | **Accept** |
| 2 | ACCION OPPORTUNITY FUND<br>111 W SAINT JOHN ST STE 800<br>SAN JOSE CA 95113-1121<br>bksupport@aofund.com<br><br>Claimed amount: $6,367.29 | 7-1 | Yes | **No Vote** |
| 2 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>C/O NATIONAL BANKRUPTCY SERVICES, LLC<br>PO BOX 9013<br>ADDISON TX 75001-9013<br>pocquestions@nbsdefaultservices.com<br>Claimed amount: $3,972.95 | 8-1 | Yes | **No Vote** |

| Creditor Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If filed) | Balloted? (Yes, No, or N/a) | Party's Vote (Accept/Reject/ No Vote / N/a) |
|---|---|---|---|---|
| 2 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701<br>proofofclaim@becket-lee.com<br><br>Claimed amount: $2,085.62 | 9-1 | Yes | Accept |
| 2 | Evergy<br>Po Box 11739<br>Kansas City, MO 64138<br>bankruptcy@evergy.com<br><br>Claimed amount: $2,398.63 | 11-1 | Yes | No Vote |
| 2 | Nolte's Inc.<br>c/o PAPPAS HAYDEN WESTBERG<br>& JACKSON PC<br>7500 W 110TH ST STE 110<br>Overland Park KS 66210<br>ahayden@phwjlaw.com<br><br>Claimed amount: $63,911.23 | 12-1 | Yes | Reject |
| 2 | FUNDBOX, INC.<br>c/o Becket and Lee LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701<br>proofofclaim@becket-lee.com<br><br>Claimed amount: $52,358.34 | 13-1 | Yes | Accept |
| 2 | THE DISTRICT AT CITY CENTER, LLC<br>c/o Woodbury Corporation<br>ATTN: KEVIN PAULSEN<br>2733 E PARLEYS WAY STE 300<br>SALT LAKE CTY UT 84109-1661<br>kevinp@woodburycorp.com<br><br>Claimed amount: $144,760.40 | 14-1 | Yes | No Vote |
| 2 | KANSAS DEPARTMENT OF REVENUE<br>Civil Tax Enforcement<br>PO BOX 12005<br>TOPEKA KS 66611<br>KDOR_KsBankruptcy@ks.gov<br><br>Claimed amount: $683.76 (Unsecured only) | 5-1 | Yes | Accept |
| 2 | KANSAS DEPARTMENT OF REVENUE<br>Civil Tax Enforcement<br>PO BOX 12005<br>TOPEKA KS 66611<br>KDOR_KsBankruptcy@ks.gov<br><br>Claimed amount: $4,097.45 (Unsecured | 6-1 | Yes | Accept |

| Creditor Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If filed) | Balloted? (Yes, No, or N/a) | Party's Vote (Accept/Reject/ No Vote / N/a) |
|---|---|---|---|---|
| | only) | | | |
| 2 | KANSAS DEPARTMENT OF LABOR<br>401 SW TOPEKA BLVD<br>TOPEKA KS 66603-3151<br><br>Claimed amount: N/a | None filed | Yes | **No Vote** |
| 2 | COTTONWOOD MANAGEMENT<br>Bank of America Center<br>333 S HOPE ST STE 2400<br>LOS ANGELES CA 90071-1494<br><br>Claim amount: N/a | None filed | Yes | **No Vote** |
| **3** | Ashley Jones (Equity Security Holder) | N/A | No | **N/a** |
| **4 / Undefined Class** | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66611-2005<br>KDOR_KsBankruptcy@ks.gov<br><br>Claimed amount: $11,535.62 (Priority only) | 5-1 | Yes | **Accept** |
| **4 / Undefined Class** | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66611-2005<br>KDOR_KsBankruptcy@ks.gov<br><br>Claimed amount: $21,775.32 (Priority only) | 6-1 | Yes | **Accept** |
| **4 / Undefined Class** | Internal Revenue Service<br>Insolvency<br>2850 NE Independence Ave<br>Lees Summit, Mo 64064<br>dorletha.m.godley@irs.gov<br><br>Claimed amount: $140,033.08 (Priority only) | 10-1 | Yes | **No Vote** |

Dated: October 13, 2023

Respectfully submitted,
WM Law

s/ Ryan A. Blay

Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
bankruptcy@wagonergroup.com / blay@wagonergroup.com
ATTORNEYS FOR DEBTOR/DEBTOR-IN-POSSESSION